UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Katharine S. Hayden |
| | : | |
| v. | : | Crim. No. 04-340 |
| | : | |
| JAMEEL MADISON | : | ORDER |

This matter having come before the Court on the petition of the United States Probation Office alleging that defendant Jameel Madison violated conditions of the term of Supervised Release imposed upon defendant by this Court; and a hearing having been held by the Court on April 8, 2008 to address defendant's alleged violations of Supervised Release; and for the reasons stated on the record on April 8, 2008 and for good cause shown,

IT IS on this 8th day of April, 2008,

ORDERED that defendant shall be released from the custody of the United States Marshals upon execution of a $50,000 unsecured appearance bond; and it is further

ORDERED that Qaadi Roberts shall serve as co-signer to the aforementioned $50,000 unsecured appearance bond; and it is further

ORDERED that Qaadi Roberts shall serve as the third-party custodian for defendant while defendant is on release pending adjudication of his alleged violations of Supervised Release; and it is further

ORDERED that the hearing on the petition of the United States Probation Office alleging that defendant violated conditions of the term of Supervised Release imposed by this Court is hereby adjourned until 10:00 a.m., July 7, 2008; and it is further

ORDERED that in addition to complying with all terms and conditions of the term of Supervised Release imposed upon defendant by this Court, defendant shall participate in drug treatment as directed by the United States Probation Office.

HON. KATHARINE S. HAYDEN
United States District Judge

2