UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA    :    Hon. Katharine S. Hayden

         v.    :    Crim. No. 04-340 (KSH)

JAMEEL MADISON    :    O R D E R

This matter having come before the Court on the petition of the United States Probation Office for a hearing regarding the failure of defendant Jameel Madison to comply with certain conditions of supervised release imposed on January 24, 2005, Assistant United States Attorney Ronnell Wilson appearing for the government and Assistant Federal Public Defender Candace Hom appearing for the defendant; and the defendant having waived the preliminary hearing and having entered a guilty plea on July 30, 2008 to having violated Condition No. 10, which required that he refrain from excessive use of alcohol and not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, except as prescribed by a physician; and for good cause shown;

IT IS on this 30th day of July, 2008,

ORDERED that the defendant is adjudged guilty of having violated Condition No. 3 of his supervised release, which required that he refrain from excessive use of alcohol and not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, except as prescribed by a physician;

IT IS FURTHER ORDERED that Violation Nos. 1, 2, and 4 of the Petition filed March 7, 2008, are hereby dismissed;

IT IS FURTHER ORDERED that sentencing in this matter is adjourned to September 16, 2008 at 10:00 a.m.; and

IT IS FURTHER ORDERED that all other previously imposed conditions of

supervised release hereby remain unchanged.


    /s/ Katharine S. Hayden
HONORABLE KATHARINE S. HAYDEN
United States District Judge