UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Katharine S. Hayden |
| v. | : | Crim. No. 04-340 (KSH) |
| JAMEEL MADISON | : | O R D E R |

This matter having come before the Court on the petition of the United States Probation Office for a hearing regarding the failure of defendant Jameel Madison to comply with certain conditions of supervised release imposed on January 24, 2005, Ronnell L. Wilson, Assistant U.S. Attorney, appearing for the Government, and Candace Hom, Assistant Federal Public Defender, appearing for the defendant; and the defendant having waived the preliminary hearing and having entered a guilty plea and been adjudged guilty on July 30, 2008 to having violated Condition No. 10 of his supervised release, which required that he refrain from excessive use of alcohol and not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, except as prescribed by a physician; and for good cause shown;

IT IS on this 7th day of January, 2009,

ORDERED that the term of supervised release is hereby revoked;

IT IS FURTHER ORDERED that the defendant is hereby sentenced to a term of time served;

IT IS FURTHER ORDERED that an additional 18 month period of supervised release shall be imposed upon defendant for this violation;

IT IS FURTHER ORDERED that as special conditions to the additional 18 month period of supervised release (i) the defendant is

to reside at a community confinement center for a period of 90 days with the ability to leave the community confinement center on weekends; (ii) the defendant shall be required to submit to urinalysis or other forms of testing to ensure that the defendant has refrained from the illegal possession and/or use of drugs; (iii) the defendant shall not affiliate with members of Bloods street gang; and (iv) commencing on the evening of January 6, 2009, the defendant shall attend Narcotics Anonymous meetings as directed by the U.S. Probation Office; and

IT IS FURTHER ORDERED that all other previously imposed conditions of supervised release hereby remain unchanged.

_____
HONORABLE KATHARINE S. HAYDEN
United States District Judge