PROB 12C
(7/93)

# United States District Court

for

## District of New Jersey

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jameel Madison  
Docket Number: 04-00340-001  
PACTS Number: 39195

Name of Sentencing Judicial Officer: HONORABLE Katharine S. Hayden, U.S.D.J.

Date of Original Sentence: 01/24/05; 01/06/09 (Violation of Supervised Release Sentence)

Original Offense: Possession of a Firearm by a Convicted Felon

Original Sentence: 51 months custody; 3 years supervised release. Special conditions: financial disclosure, and prohibition from opening new lines of credit or incurring new debt without the permission of the U.S. Probation Office.

Violation of Supervised Release Sentence: Time served. Re-imposition of 18 months supervised release. Special Conditions: residence at a Community Corrections Center with weekend privileges for 90 days, drug aftercare, gang condition prohibiting affiliation with the Bloods street gang, and attend Narcotics Anonymous meetings as directed by the U.S. Probation Office.

Type of Supervision: supervised release   Date Supervision Commenced: 01/06/09

Assistant U.S. Attorney: Ronnell Wilson, 970 Broad Street, Room 502, Newark, New Jersey 07102, (973) 645-2700

Defense Attorney: Candace Hom, 972 Broad Street, 2nd Floor, Newark, New Jersey 07102, (973) 645-6347

---

### PETITIONING THE COURT

[ ] To issue a warrant  
[X] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number | Nature of Noncompliance

1. The offender has violated the supervision condition which states '**You shall report to the probation officer as directed by the Court or probation officer, and shall submit a truthful and complete written report within the first five days of each month.**'

    The offender failed to report as instructed on February 4, 2009.

    The offender has failed to submit monthly supervision reports for the months of January, and February 2009.

PROB 12C - Page 2
Jameel Madison

2. The offender has violated the supervision condition which states '**You shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician.**'

On February 23, 2009, the offender verbally and in writing admitted to the use of marijuana on February 20, 2009.

Additionally, on February 23, 2009, the offender verbally admitted that he has used marijuana on a regular basis after being sentenced by the Court on January 6, 2009, for violating the terms of supervised release.

At the time of his admission to the Toler House Community Corrections Center on March 24, 2009, the offender admitted verbally to Toler House Staff that he used marijuana and phencyclidine on March 22, 2009.

3. The offender has violated the supervision condition which states '**The defendant shall refrain from the illegal possession and/or use of drugs and shall submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that the defendant shall submit to drug treatment, on an outpatient or inpatient basis, as directed by the U.S. Probation Office. The defendant shall abide by the rules of any program and shall remain in treatment until satisfactorily discharged with the approval of the U.S. Probation Office.**'

On February 23, 2009, the offender verbally admitted that he was not attending Narcotics Anonymous meetings daily as directed by his probation officer.

4. The offender has violated the supervision condition which states '**The defendant shall reside for a period of 3 months in a community corrections center, halfway house or similar residential facility and shall observe all the rules of that facility. The defendant shall be eligible for weekend privileges. The defendant shall pay subsistence as required by the program.**'

On April 17, 2009, the offender was discharged from the Toler House Community Corrections Center for program non-compliance, due to several incidents whereby he violated the policies and procedures of the program.

PROB 12C - Page 3
Jameel Madison

I declare under penalty of perjury that the foregoing is true and correct.

By: Kevin J Mullens
Senior U.S. Probation Officer
Date: 4/20/09

THE COURT ORDERS:

[ ] The Issuance of a Warrant
[X] The Issuance of a Summons.  Date of Hearing: 5/19/09 @ 11:30 a.m.
[ ] No Action
[ ] Other

Signature of Judicial Officer

4/27/09
Date