UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Katharine S. Hayden |
| v. | : | Crim. No. 04-340 (KSH) |
| JAMEEL MADISON | : | O R D E R |

This matter having come before the Court on the petition of the United States Probation Office for a hearing regarding the failure of defendant Jameel Madison to comply with certain conditions of supervised release imposed on January 6, 2009, Ronnell L. Wilson, Assistant U.S. Attorney, appearing for the Government, and Candace Hom, Assistant Federal Public Defender, appearing for the defendant; and the defendant having waived the preliminary hearing and having entered a guilty plea and been adjudged guilty on May 19, 2009 to having violated Condition No. 4 of his supervised release, which required that he reside for a period of three months in a community corrections center, halfway house or similar residential facility, and observe the rules of that facility; and for good cause shown;

IT IS on this 21st day of May, 2009,

ORDERED that the term of supervised release is hereby revoked;

IT IS FURTHER ORDERED that the defendant is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a period of four months;

IT IS FURTHER ORDERED that no additional period of supervised release shall be imposed upon defendant following his release from the term of imprisonment imposed for this violation; and

IT IS FURTHER ORDERED that Violation Nos. 1, 2 and 3 of the

Petition filed April 27, 2009, are hereby dismissed.

_____
HONORABLE KATHARINE S. HAYDEN
United States District Judge